# Order

Michigan Supreme Court
Lansing, Michigan

May 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134670

LATIF Z. ORAM a/k/a RANDY Z. ORAM,
        Plaintiff/Counter-Defendant/
        Counter-Plaintiff-Appellant,
and

O.B. PROPERITES LIMITED PARTNERSHIP,
        Plaintiff/Counter-Defendant/
        Counter-Plaintiff/Third-Party
        Defendant,
and

O. B. PROPERTIES and JAM SOUND
SPECIALIST, INC.,
        Plaintiffs/Counter-Defendants/
        Counter-Plaintiffs/Third-Party
        Plaintiffs,

v

JOHN ORAM and GARY ORAM,
        Defendants/Counter-Plaintiffs/
        Counter-Defendants-Appellees,
and

INTERNATIONAL OUTDOOR, INC., VISION
PROPERTIES, INC., DISCOUNT PAGING
COMPANY, INC., and FUTURE VISION
PROPERTIES, LLC,
        Third-Party Defendants,
and

ARMAND VELARDO, S. HADDAD, and
BRADLEY LAMBERT,
        Intervening Plaintiffs,
and

HARRY CENDROWSKI,
        Intervening Plaintiff-Appellee.
_____/

SC:  134670
COA:  267077
Oakland CC:  2002-039499-CK

On order of the Court, the motion for reconsideration of this Court's April 11, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER and CORRIGAN, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2008

_____
Clerk

t0521